AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Miguel Angel RIVERA SALGADO** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 08, 2026** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, TX the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about July 08, 2026 the defendant Miguel Angel RIVERA SALGADO was apprehended near Laredo, TX. After a brief interview it was determined that, Miguel Angel RIVERA SALGADO was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Miguel Angel RIVERA SALGADO was previously REMOVED from the United States on 04/28/2025 at Naco, AZ. There is no record that Miguel Angel RIVERA SALGADO has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Juan R. Botello-Jr

*Complainant's signature*

Juan R. Botello-Jr                Border Patrol Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  July 09, 2026

*Judge's signature*

City and state:  Laredo, Texas

Christopher dos Santos          U.S. Magistrate Judge

*Printed name and title*